FILED
2010 MAR 16 P 2:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10  80 0063 MISC

Christopher Roman Rector - #212244

VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that Christopher Roman Rector has been suspended for 90 days by the Supreme Court of California effective February 26, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Christopher Roman Rector
Attorney At Law
Attorney Debt Solutions PC
25 Cadillac Dr Ste 200
Sacramento, CA 95825