```
                                              FILED
                                           MAY -6 2010
                                        RICHARD W. WIEKING
                                      CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10-80063 MISC VRW

                                              ORDER
Christopher Roman Rector,

    State Bar No 212244
_____/

    On April 30, 2010, the court received a response to the court's Order to Show Cause issued on March 16, 2010, in this matter. Christopher Roman Rector has advised the court that he does not contest the imposition of reciprocal discipline by this court.

    The court now orders Christopher Roman Rector removed from the roll of attorneys authorized to practice before this court until such time as he provides proof that he has been reinstated to active status by the State Bar of California.

    IT IS SO ORDERED.

                                                       VAUGHN R WALKER
                                                       United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In re:

CHRISTOPHER ROMAN RECTOR ,

_____/

Case Number: CV10-80063 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Roman Rector
Attorney at Law
25 Cadillac Drive, Suite 200
Sacramento, CA 95825

Dated: May 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*