**FILED**

JUN 25 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:          No CV 10-80063 MISC VRW

ORDER

Christopher Roman Rector,

    State Bar No 212244
_____/

    On May 6 2010, this court issued an order to remove Christopher Roman Rector from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, effective February 26, 2010.

    Mr Rector has now provided proof of reinstatement by the State Bar.

    The court now orders Christopher Roman Rector placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Christopher Roman Rector,

_____/

Case Number: C10-80063 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Fishkin
Fishkin & Slatter LLP
1111 Civic Drive
Walnut Creek, CA 94596

Samuel Christian Bellicini
Fishkin & Slatter LLP
1111 Civic Drive
Suite 215
Walnut Creek, CA 94596

Dated: June 25, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*